IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN OLIVER | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-3487 |
| | : | |
| WHEELS AMERICA | : | |
| PENNSYLVANIA, LLC | : | |

# ORDER

AND NOW, this 16th day of December, 2025, upon consideration of Plaintiff John Oliver's Motion to Enter Default Judgment (Dkt. No. 30), Oliver's Proposed Final Order Granting Final Judgment (Dkt. No. 33), the evidence presented at the December 10, 2025 damages hearing at which Defendant Wheels America Pennsylvania, LLC failed to appear, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the Motion (Dkt. No. 30) is GRANTED. It is further ORDERED:

1. FINAL JUDGMENT is entered in favor of Plaintiff John Oliver and against Defendant Wheels America Pennsylvania, LLC in the amount of $229,038.20, consisting of the components set forth below, plus post-judgment interest accruing at a rate of 3.89%.

   a. Principal: $217,233.00[1]

   b. Costs: $1,043.95

   c. Attorneys' Fees: $10,761.25

2. The Clerk of Court is DIRECTED to mark this case CLOSED.

---

[1] This is comprised of the following amounts: (1) unpaid overtime compensation pursuant to Counts I and II (Fair Labor Standards Act ("FLSA") and Pennsylvania Minimum Wage Act of Plaintiff's Complaint in the amount of $68,400.00; (2) liquidated damages pursuant to Count I (FLSA) of Plaintiff's Complaint in the amount of $68,400.00; and (3) back pay damages pursuant to Count III (FLSA) of Plaintiff's Complaint in the amount of $80,433.00.

2

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, J.